UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 05, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Angelo Rosario,<br>    Petitioner, | §<br>§<br>§ | |
| v. | § | Civil Action H-20-1046 |
| Bobby Lumpkin,<br>Director, Texas Department<br>of Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§ | |

# Order of Adoption

On January 26, 2021, Magistrate Judge Peter Bray recommended that the court dismiss with prejudice Angelo Rosario's petition for writ of habeas corpus as time barred. (21) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on March 5, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge